# Exhibit 7



# Performance Plan 2014
## LTD/IDI Benefits Operations Director

### BUSINESS GOALS

*(Add to MAPS under Business Goal #1)*

**Unum US Vision**
*We will be the absolute best at building meaningful and lasting connections between employers, their employees and the benefits we provide.*

**OPERATING EXCELLENCE**
- Develops a high performance organization focusing on thorough, fair, and objective evaluations of all claims as well as clear documentation and communication.
- Demonstrates effective and efficient inventory management and claim forecasting.
- Provides timely positive and constructive feedback regarding effective use of partners including preparedness to ensure appropriate and productive file discussions.
- Fosters a culture committed to high performance expectations, quality and continuous improvement.
- Maintains compliance with insurance department, SOX and Privacy regulations by ensuring adherence to the content included in the Claims Manual and company guidelines.
- Embraces, commits to, reinforces and successfully implements Process Simplification changes to ensure consistent adherence to streamlined processes. Accountable for contributing to overall success of operational refinements including leading team through change management and careful monitoring to ensure that changes are embedded into the organization.
- Understand, champion and model the Benefit Center's vision and pillars in all areas of performance.

**Measurements:**
- Director Quality and Service Scorecard.
- ICA Exception Rate.
- Actual/ Expected Expense Ratio.

*(Add to MAPS under Business Goal #2)*
**CUSTOMERS**
- Develops high performance organizational support of Unum US strategies with external customers and business partners.
- Demonstrates strong support of Benefits Operations priorities, initiatives and Customer Service guidelines with a focus on Consumerism.
- Ensures organizational compliance with performance agreement standards and other commitments to external customers and business partners.
- Engages employees to implement the Unum Vision and promotion of the Unum Brand through building connections with external customers and business partners.
- Address issues and trends in an expeditious manner by implementing solutions to meet customer needs while operating within our service, quality and risk framework.

**Measurements:**
- Quality and Service Scorecard.
- Justified Complaints.
- Performance Agreement Standards.
- Customer survey and feedback.

Eric Buchanan & Associates, PLLC
Janet Mitchell, Exhibit 7,
*Revised 2012*    1 of 2    Page 1 of 2

CONFIDENTIAL    PLA-MS-WHITE-PERFORMANCE-PLANS-000005
Case 1:18-cv-00094-JRG-CHS   Document 54-8   Filed 02/22/19   Page 2 of 3   PageID #: 1330



# Performance Plan 2014
## LTD/IDI Benefits Operations Director

**BUSINESS GOALS**

*(Add to MAPS under Business Goal #3)*

**PEOPLE**
- Takes initiative and personal accountability for professional planning and development for self and employees. Provides timely guidance and feedback to help people understand what they need to do to excel in their jobs. Utilizes career path and promotional criteria to support ongoing development.
- Displays strong teamwork and is values driven, focusing on work environment with a continuous improvement mindset. Demonstrates a positive outlook while being open to giving and receiving feedback, participating in initiatives, utilizing our recognition programs.
- Ensures that behaviors are consistently aligned with Our Purpose, Our Philosophy, and Our Principles outlined in *The Unum Commitment and Code of Conduct*.

**Measurements:**
- Quality of developmental plans, including progress and completion noted in MAPS.
- Work Environment Survey results.
- Formal and informal feedback provided and received.
- Utilization of recognition programs.

*The financial criteria contained in this performance plan do not constitute any form of denial or closure target and will not be used to assess or incentivize performance of company personnel in claim handling positions. Company personnel in claims handling positions will be evaluated and will be eligible for incentive compensation only on the basis of their performance against the objectives outlined in their performance plan. Their performance objectives do not include the outcome of any claim decision or any number of claims decisions, and as such, these outcomes are not permitted as part of this evaluation or award of incentive compensation.*

Eric Buchanan & Associates, PLLC
Janet Mitchell, Exhibit 7,

CONFIDENTIAL

Case 1:18-cv-00094-JRG-CHS  Document 54-8  Filed 02/22/19  Page 3 of 3  PageID #: 1331

PLA-MS-WHITE-PERFORMANCE PLANS 000006