# Exhibit 9



Eric Buchanan & Associates, PLLC
Janet Mitchell, Exhibit 9,
Page 1 of 1

