# Exhibit 13



# Benefits Center Claims Manual

## As of Feb 19, 2016

Confidential and Proprietary Information

Authorized Use Only

DO NOT PRINT, COPY, OR DISTRIBUTE

Eric Buchanan & Associates, PLLC
Janet Mitchell Exhibit 13,
Page 1 of 2

Case 1:18-cv-00094-JRG-CHS    Document 34-14    Filed 02/22/19    Page 2 of 3   PageID #: 1362

# Benefits Center
# Claims Manual



Feb 19, 2016

Case 1:18-cv-00094-JRG-CHS   Document 34-14   Filed 02/22/19   Page 3 of 3   PageID #: 1351

Eric Buchanan & Associates, PLLC
Janet Mitchell - Exhibit 13,
Page 2 of 2