# Exhibit

# A

IN THE CIRCUIT COURT OF HAMILTON COUNTY
STATE OF TENNESSEE
AT CHATTANOOGA

---

BOBBY WINES,

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA and THE UNUM GROUP CORPORATION,

Defendants.

DIVISION I

NO: 19C150

CONFIDENTIAL

---

Chattanooga, Tennessee
January 24, 2020

VIDEOTAPED DEPOSITION OF MARIANNE JUSTIN

---

APPEARANCES:

FOR THE PLAINTIFF:

HUDSON T. ELLIS, ESQ.,
CHANDLER WILSON, ESQ., and
NOAH BREAZEALE, ESQ.
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506

FOR THE DEFENDANTS:

JAMES T. WILLIAMS, ESQ., and
MICHAEL DUMITRU, ESQ.
Miller Martin
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
(423) 756-6600
and
MICHELLE FOWLER, ESQ.
Unum Group Corporation
1 Fountain Square
Chattanooga, Tennessee 37402

ALSO PRESENT: Patrick Black, Videographer

has no bearing on the way Mr. Gibson sees your performance as an assistant vice president at Unum. [redacted] But guidance, as we've talked about before, is a broad -- is based on a broad number of claims, not necessarily specific to my team. And as long as I am -- and my team is following all of the operational guidelines of quality, that operational guidance, it is what it is. The outcomes of those claims are where they need to be.

Q Thank you for that. But my question was, it doesn't matter at all to Mr. Gibson in evaluating your performance whether or not you meet the inventory plan for any given month.

MR. WILLIAMS: Object to the form.

THE WITNESS: It -- I can't say what matters to Mr. Gibson. What I can say is that when I look -- operate my team, I operate my team with the idea of are your DBSs being developed, are you meeting the guidelines of our QA program, what is your appeal rate at -- and what -- and your appeal experience, what are the complaints, what are your employees saying about working on your team, what are -- our customers are saying about the service we provide. And if all

that is in line, then I -- then my team is operating at the efficiency level and the effective level it needs to operate.

BY MR. ELLIS:

Case 1:18-cv-00094-JRG-CHS Document 116-1 Filed 09/08/20 Page 4 of 16
PageID #: 4063

Eric Buchanan & Associates, PLLC
Lynnea Sandeen, Exhibit A
Page 3 of 15
CONFIDENTIAL

I've had a chance to refresh myself or --

MR. WILLIAMS: I mean, how much longer do you think you have?

MR. ELLIS: Well, it depends, but...

MR. WILLIAMS: Well, let's ask --

MR. ELLIS: Well, it's a question/answer session. I'm not -- I can't really say, you know.

Would you like to take a lunch, and then we finish up afterwards?

THE WITNESS: I would. I bet --

MR. ELLIS: Let's do that. Sure.

MR. WILLIAMS: I was going to say, perhaps we should ask the witness.

THE VIDEOGRAPHER: Okay. The time is 12:02 and we are off the record.

(Lunch recess).

THE VIDEOGRAPHER: The time is 1:14 and we are back on the record.

BY MR. ELLIS:

Q One thing I wanted to revisit with you is, we were talking about your performance evaluation, how you were evaluated --

A Yes.

Q -- and whether or not the information in the weekly tracking report is something that influenced

your performance evaluation. And you mentioned that if your weekly tracking report was down, didn't meet the guidance, but every one of your other metrics were satisfactory, that everything would be fine. Right? Do you remember that?

MR. WILLIAMS: Object to the, the form and characterization, but...

THE WITNESS: I don't -- what I remember is that we would look at everything in toto and in total, and that if all of my quality measurements, all of my service metrics, all of those were in order, then that would be what we would discuss. We wouldn't be -- because that would say that the claims were being handled appropriately, and therefore it -- whatever it was, it was. Whatever the outcomes were, they were.

BY MR. ELLIS:

Q Right. And if your weekly tracking -- the recovery -- paid recoveries was under what the plan was or what the guidance was, that factor alone, when everything else was looking good, wouldn't be a negative on your performance evaluation.

A No. I'm not measured by that.

Q Okay. Not at all?

A I'm measured from the standpoint that all of the, the quality measurements are in order, all the

service metrics are in order, customer service results are at -- in order. That's what I'm measured by.

Q And also all the operational metrics are in order.

A But the operational metrics include -- guidance is just one data point within all operational metrics.

Q Okay. But it is a data point inside the operational metrics, and the operational metrics are a part of your performance evaluation.

A Operat -- operational measurements are -- metrics, rather, are a part of my, of my overall evaluation, but they are not -- they -- but -- and guidance is a data point. But it is not the pivot of my overall evaluation.

Q I'm not worried about it being a pivot. I'm asking you, is it a part of your evaluation? A part. A minor part, big part. I'm not asking at all about the size of the part. I'm asking is it a part.

A It's one of the operate -- it's, it's a data point.

Q Is that a yes?

A It's a data point that is -- along with all other data points in my performance that are -- that is considered.

Q Okay. So yes, it is a data point that is part

of your performance evaluation.

A It's a data point among all the other operational metrics.

Q That you are evaluated on for your performance evaluation.

A Yes.

Q Okay. So to get back to the question now. Your meeting the guidance for paid recoveries is a part of your performance evaluations.

A It is a part of a holistic discussion of my -- all the operational metrics, all the quality metrics, and it is a data point.

Q Okay. So the answer is yes.

A The answer is that it is a part of a holistic -- it can -- can't be taken out of context. The context is the entire operation, all of the metrics that we measure as part of my evaluation.

Q And I'm not asking you to take it outside of its context. We're strictly talking about it in its context. And the context is, your performance evaluation, whether or not you meet the monthly plan for paid recoveries, is a part out of the whole of your performance evaluation. Yes or no.

A The monthly guidance as compared to my actual guidance. My actual guidance is what the quality claim

process resulted in. If that number is above or below, the key to my performance is how I perform -- how my team I should say performs in all of the other as well. If qual -- if quality is not there, there is -- it doesn't -- it, it, it doesn't matter if I'm exceeding, for example in a performance meas -- in, in a guidance versus actual.

Q So it doesn't matter if you are a hundred percent or you're 120 percent. As long as you meet the hundred percent, that's okay.

MR. WILLIAMS: Object to the form.

THE WITNESS: That's not -- no. That's not what I said.

BY MR. ELLIS:

Q Okay.

A What I said is that again, my performance is dependent upon how my team, as measured by a multitude of operational reporting and service metrics, is how my team performs. And if that results -- if the re -- if the outcome of those metrics results in an actual that is higher than guidance or lower than guidance, I'm evaluated on how I perform in those operational metric areas.

Q Okay. Is there a reason why you're not able to answer with a yes or no to that question? It's a

pretty simple question, I think. I'm trying to make it simple. I'm giving you the context. In your entire performance evaluation, is a factor -- one out of other factors -- one factor whether or not you meet the planned recovery with your actual recoveries for that month? Yes or no.

MR. WILLIAMS: Object to the form.

THE WITNESS: Again, meeting that factor, that actual to guidance is not what I am measured on. It is a data point, but it is not considered independently of everything else that I measure.

BY MR. ELLIS:

Q I'm not worried about it. I'm not worried about whether it's measured independently because I specifically said in my question, I understand that it is not measured independently. I'm asking you as a whole. Your performance evaluation does include whether or not you meet the plan for the monthly recovery goal with your actual for that month.

MR. WILLIAMS: Objection. Asked and answered. Object to the form.

MR. ELLIS: That question has never been answered yes or no.

THE WITNESS: It's not a yes or no

question, because it cannot be -- it cannot stand on its own. It cannot stand on its own. It has to be in the context of -- as I mentioned to you, actual is an outcome of following all of the claim management principles as outlined in the claim manual.

Actual is an outcome of, of appropriate validations by my QCC, by -- actual is an -- is, is not independent of the underpinnings of the claim manual and the focus on quality.

BY MR. ELLIS:

Q But let's get back to my question. I appreciate you answering that question, but that wasn't what I asked. I asked, looking at the whole of your performance, there's a number of factors in there. Maybe. Maybe not. But is one of the factors in your performance whether or not your team meets the plan recoveries laid out in the weekly tracking report with the actual recoveries? Is that one of the factors?

And that is a yes or no question.

MR. WILLIAMS: Object to the form. Asked and answered.

THE WITNESS: It -- they're broad guideposts. They may not be used to determine the outcome of a particular claim. Each of our claims are, are evaluated on our own merits, and they are not --

and they are not intended for anyone on the floor. They are -- again, it is an -- the actual is an outcome of making sure that all of our processes are completed. And that outcome can be over guidance, under guidance; because again, guidance is a broad projection. It's not at the -- at the individual claim level.

MR. ELLIS: Would you read back my question? We really -- we're going to go and get an answer to this.

THE WITNESS: Okay.

MR. ELLIS: I just want to make sure. Would you read the question back?

(Thereupon, the question referred to was read by the reporter as above recorded.)

THE WITNESS: You classified it as a yes or no, but it can't -- I don't see it as a yes or no because it is in the con -- it's an outcome, and that outcome is in -- cannot be taken independent of the other requirements under my job -- under my position, which are the result of appropriately implementing the, the claim manual and its processes.

BY MR. ELLIS:

Q And in that context, inside the context that you just gave is the data point of whether you met the actual plan recovery for that month -- a part of that.

Is it one of the data points for those measurements?

A The quality measurements don't have anything to do with guidance.

Q I'm talking about all of the measurements that go into the performance evaluation. Is the weekly tracking report and the data that's in there, whether or not your actual recoveries for that month compared to the planned recoveries for that month are met, is that one of the data points through which you're evaluated?

MR. WILLIAMS: Object to the form.

THE WITNESS: It's a data point. I'm not evaluated by that data point. The answer is no.

BY MR. ELLIS:

Q Now, you receive periodic training on metrics and communication. Correct?

A I do.

(Exhibit 3 was marked for identification).

BY MR. ELLIS:

Q I am presenting you what's been marked as Exhibit 3. And that is the 2017 Metrics and Communication for RSA Managers.

A Yes.

Q Before we dig into it, I did have a question. It says RSA Product Areas in the, in the title. What

Q But it's discussed as part of a holistic performance evaluation. Right?

A As part of a holistic performance evaluation which includes all of what we were just talking about. And you were asking me if it -- is it a data -- we were talking about it being a data point.

Q And I'm asking you, and the whole point of that question was, is it a portion of the holistic performance evaluation?

Q And as I said -- I specifically excluded that from my question. I said, as a part of your whole evaluation, is the financial metric a part of that.

A It is -- again, it's part of an overall holistic performance discussion, but it is -- it's not independent of the underlying service and quality; because a, a recovery is an outcome of a process being followed all the way through.

Q So it is a part of the performance evaluation, or is it not?

MR. WILLIAMS: Objection. Asked and answered.

BY MR. ELLIS:

Q You answered previously no, that it is not. Would you like to revise your statement and -- now that you've read the slide that we just read?

REPORTER'S CERTIFICATE

STATE OF TENNESSEE )

COUNTY OF HAMILTON )

I, Beth Ann Pell, Court Reporter and Notary Public, do hereby certify that I reported in machine shorthand the deposition of MARIANNE JUSTIN, called as a witness in the above-styled cause; that the said witness was duly sworn by me; that the foregoing pages, numbered from 1 to 152 inclusive, were typed under my personal supervision and constitutes a true record of said deposition.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the outcome of the action.

Witness my hand in the City of Chattanooga, County of Hamilton, State of Tennessee, this 17th day of February, 2020.

BETH ANN PELL STATE OF TENNESSEE NOTARY PUBLIC HAMILTON COUNTY

Beth Ann Pell, LCR# 267
Court Reporter and Notary Public
My Commission Expires: 09/14/2021